UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMANDA BROOKS,

                              Plaintiff,

-v-

BRIGHT HORIZONS FAMILY SOLUTIONS, INC., et al.,

                             Defendants.

24 Civ. 6076 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 5, 2024, defendants filed a new motion to dismiss the amended complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Dkt. 20. It is hereby ORDERED that plaintiff shall serve any opposition to the motion to dismiss by December 27, 2024. Defendants' reply, if any, shall be served by January 10, 2025.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: December 6, 2024
       New York, New York