**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AMANDA BROOKS,

                Plaintiff,

-against-                          24 **CIVIL** 6076 (PAE)

## JUDGMENT

BRIGHT HORIZONS FAMILY SOLUTIONS,
INC. *et al.*,

                Defendant.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 26, 2025, the Court grants defendants' motion to dismiss in its entirety. Brooks's federal claims are dismissed with prejudice. Brooks's state and local claims, however, having been dismissed solely based on a declination to exercise supplemental jurisdiction, are dismissed without prejudice to Brooks's right to pursue such claims in a new lawsuit.

**Dated:** New York, New York

       June 26, 2025

                                                   **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                                 **BY:**
                                                       **Deputy Clerk**