Littler

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Eli Freedberg
212.583.2685 main
347.745.3597 fax
EFreedberg@littler.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/11/2026

**APPLICATION GRANTED:** **The Pre-settlement telephone call scheduled for Wednesday, August 19, 2026, at 4:30 p.m. is hereby rescheduled to Thursday, September 10, 2026, at 4:00 p.m. Counsel for the parties is directed to utilize the call-in information that was emailed by Judge Parker's chambers on 08/05/2026.**

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

**08/11/2026**

August 10, 2026

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: ***Amanda Brooks v. Bright Horizons Family Solutions Inc., et al.***
**Docket No.: 1:24-CV-06076-PAE**

Dear Judge Parker:

We represent Defendants Bright Horizons Family Solutions Inc., Bright Horizons Family Solutions LLC, Bright Horizons Capital Corp., Bright Horizons Children's Centers LLC, Bright Horizons Children's Centers Inc., and Bright Horizons LLC ("Defendants") in the above-referenced action.

Defendants respectfully request that the Court adjourn the pre-settlement telephone conference currently scheduled for August 19, 2026, at 4:30 p.m. to a date between August 11 and August 14, 2026, if the Court's schedule permits. Counsel for Defendants has a scheduling conflict on August 19 and is unavailable. Plaintiff consents to this request. This is Defendants' first request to adjourn the pre-settlement telephone conference, and the requested adjournment will not affect any other deadlines in this matter.

If those dates are unavailable, Defendants respectfully request that the conference be adjourned to a date after September 4 that is most convenient for the Court.

We thank Your Honor for your attention and consideration in this matter.

Respectfully submitted,

Eli Freedberg

cc: All counsel of record (via ECF)