Littler

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Eli Freedberg
212.583.2685 main
347.745.3597 fax
EFreedberg@littler.com

September 25, 2026

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: ***Amanda Brooks v. Bright Horizons Family Solutions Inc., et al.***
**Docket No.: 1:24-CV-06076 -PAE**

Dear Judge Engelmayer:

We represent Defendant Bright Horizons Family Solutions Inc. ("Defendant") in the above-referenced action. Defendant has agreed to the relief requested in Plaintiff's letter dated September 18, 2026 and is resolving this issue with Plaintiff's counsel.

We thank Your Honor for your attention and consideration in this matter.

Respectfully submitted,

Eli Freedberg

cc: All counsel of record (via ECF)

The Court thanks the parties for their cooperation in resolving this dispute. This resolves the motion at Docket 54.

SO ORDERED. *Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Date: September 25, 2026
New York, New York